UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GORDON SCHIFF, *et. al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT, *et. al.*,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:25-cv-10595 |

**PLAINTIFFS' MOTION TO EXCEED 20-PAGE LIMIT**

　　Plaintiffs respectfully request that they be allowed to file a memorandum of law in support of their Motion for Preliminary Injunctive Relief that exceeds the Local Rule 7.1(b)(4) page limit of 20 pages.

　　Due to the complexity of the case and the multiple proposed grounds for preliminary relief, Plaintiffs require additional pages to fully brief the issues relevant to their motion. Plaintiffs' counsel conferred with counsel who will be representing the Defendants, and they indicated that Defendants take no position on a motion for an additional 10 pages. Plaintiffs respectfully request leave to file a memorandum of law in support of their Motion for Preliminary Injunctive Relief of up to 30 pages.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

[*signature blocks on next page*]

1

Dated: March 24, 2025          By: */s/ Jessie J. Rossman*
                                               Jessie J. Rossman (BBO # 670685)
                                               Rachel E. Davidson (BBO # 707084)
                                               Zoe R. Kreitenberg (BBO #715356)
                                               AMERICAN CIVIL LIBERTIES UNION
                                               FOUNDATION OF MASSACHUSETTS, INC.
                                               One Center Plaza, Suite 801
                                               Boston, MA 02018
                                               617-482-3170
                                               jrossman@aclum.org
                                               rdavidson@aclum.org
                                               zkreitenberg@aclum.org

                                               Scarlet Kim (*pro hac vice*)
                                               Vera Eidelman (*pro hac vice*)
                                               Tyler Takemoto (*pro hac vice*)
                                               AMERICAN CIVIL LIBERTIES UNION
                                               FOUNDATION
                                               125 Broad Street, 18th Floor
                                               New York, NY 10004
                                               scarletk@aclu.org
                                               veidelman@aclu.org
                                               ttakemoto@aclu.org

                                               John Langford (*pro hac vice*)
                                               David Schulz (*pro hac vice*)
                                               MEDIA FREEDOM & INFORMATION ACCESS
                                               CLINIC
                                               Abrams Institute
                                               Yale Law School
                                               P.O. Box 208215
                                               New Haven, CT 06520-8215
                                               john.langford@ylsclinics.org
                                               david.schulz@ylsclinics.org

                                               *Attorneys for Plaintiffs*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Although counsel for Defendants have not yet formally entered an appearance in this case, I, Jessie J. Rossman, hereby certify that in accordance with Local Rule 7.1(a)(2), I communicated via email and phone on March 20, 2025, with the Chief of Defensive Litigation at the United States Attorney's Office for the District of Massachusetts, Rayford Farquhar. Attorney Farquhar indicated that Attorney Shawna Yen has been assigned to be counsel for Defendants in this matter and further indicated that Defendants take no position on this motion.

*/s/ Jessie J. Rossman*
Jessie J. Rossman

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the Cm/ECF system, which will then send a notification of such filing (NEF). I further certify that on this same date I will cause an electronic copy to be sent via email to Attorney Shawna Yen.

*/s/ Jessie J. Rossman*
Jessie J. Rossman