# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GORDON SCHIFF** and **CELESTE ROYCE**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. OFFICE OF PERSONNEL MANAGEMENT**; **CHARLES EZELL**, in his official capacity as Acting Director of the U.S. Office of Personnel Management; **U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**; **ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services; **AGENCY FOR HEALTHCARE RESEARCH AND QUALITY**; and **MAMATHA PANCHOLI**, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality,<br><br>*Defendants*. | Case No. 25-cv-10595-LTS<br><br>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

To implement Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," 90 Fed. Reg. 8615 (Jan. 30, 2025) and U.S. Office of Personnel Management memorandum titled "Initial Guidance Regarding President Trump's Executive Order Defending Women," Defendants have adopted and implemented a policy of removing from government-run forums private speech containing certain banned words, including "transgender," "nonbinary," "gender identity" and "LGBTQ" (the "Policy"). As a result of the Policy, Defendants removed Plaintiffs' patient safety research from the Patient Safety Network ("PSNet") web forum.

The grounds for this Motion are set forth in the accompanying memorandum of law and the proposed relief is set forth in the accompanying proposed order.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs respectfully request oral argument on this Motion.

April 1, 2025

Respectfully submitted,

*/s/ Scarlet Kim*_____
Scarlet Kim
Vera Eidelman
Tyler Takemoto
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
scarletk@aclu.org
veidelman@aclu.org
ttakemoto@aclu.org

Jessie J. Rossman (BBO # 670685)
Rachel E. Davidson (BBO # 707084)
Zoe Kreitenberg (BBO # 715356)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 801
Boston, MA 02018
617-482-3170
jrossman@aclum.org
rdavidson@aclum.org
zkreitenberg@aclum.org

Jessica Lin*
Bryce Morales*
Ben Menke*
John Langford
David Schulz
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
Abrams Institute
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
ben.menke@ylsclinics.org
bryce.morales@ylsclinics.org
jessica.lin@ylsclinics.org
john.langford@ylsclinics.org
david.schulz@ylsclinics.org

*Student practice

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Although counsel for Defendants have not yet formally entered an appearance in this case, I, Scarlet Kim, hereby certify that in accordance with Local Rule 7.1(a)(2), Plaintiffs' counsel conferred with counsel who will be representing Defendants via email on March 31, 2025, and they indicated that Defendants oppose the motion.

*/s/ Scarlet Kim*
Scarlet Kim

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the Cm/ECF system, which will then send a notification of such filing (NEF).

*/s/ Scarlet Kim*
Scarlet Kim