UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GORDON SCHIFF** and **CELESTE ROYCE**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. OFFICE OF PERSONNEL MANAGEMENT**; **CHARLES EZELL**, in his official capacity as Acting Director of the U.S. Office of Personnel Management; **U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**; **ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services; **AGENCY FOR HEALTHCARE RESEARCH AND QUALITY**; and **MAMATHA PANCHOLI**, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality,<br><br>*Defendants*. | Case No. 25-cv-10595-LTS |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs' motion for a preliminary injunction, the opposition thereto, and the full record in this case, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**.

Accordingly, pursuant to Federal Rule of Civil Procedure 65(a), this Court ORDERS as follows:

1. Defendants U.S. Office of Personnel Management, Charles Ezell, U.S. Department of Health & Human Services, Robert F. Kennedy, Jr., Agency for Healthcare Research and Quality, and Mamatha Pancholi, and all officers, employees, agents, successors in office, and those in active concert or participation with any named defendant in this action

(together, "Defendants"), are **ENJOINED** from implementing the OPM Memo and/or Executive Order 14,168, by removing private speech by individuals and organizations on government-run forums.

2. Defendants are further **ENJOINED** from implementing the OPM Memo and/or Executive Order 14,168 by refusing to accept, publish, or highlight private speech on government-run forums, or otherwise burdening, restricting, or discriminating against such speech.

3. Defendants are further **ORDERED** to restore to PSNet all articles, case studies, and other information removed pursuant to the OPM Memo and/or Executive Order 14,168.

4. No security under Federal Rule of Civil Procedure 65(c) is necessary or warranted in the circumstances of this case, where Plaintiffs seek to vindicate an important constitutional and federal statutory right, and the injunction will not expose Defendants to financial loss. *See da Silva Medeiros v. Martin*, 458 F. Supp. 3d 122, 130 (D.R.I. May 1, 2020) (citing *Crowley v. Loc. No. 82*, 679 F.2d 978, 1000-01 (1st Cir. 1982)).

5. This preliminary injunction shall take effect immediately upon the docketing of this Order and shall remain in effect until the entry of judgment in this matter, unless this Court, the United States Court of Appeals for the First Circuit, or the United States Supreme Court order otherwise.

SO ORDERED.

_____
LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025