

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

April 1, 2025

**By ECF**

The Honorable Leo T. Sorokin
United States District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    **Re:** **Plaintiffs' Motion to Grant Leave to Appear as Supervised Law Students,** *Schiff v. U.S. Off. of Pers. Mgmt.*, No. 1:25-cv-10595-LTS (D. Mass. Mar. 14, 2025), ECF No. 10

Dear Judge Sorokin:

    We represent the Plaintiffs in this case, and we write to update the Court on the matter of our Motion to Grant Leave to Appear as Supervised Law Students (ECF Nos. 10–11). We conferred with counsel for Defendants today, who represented that Defendants assent to the relief requested in that motion and the appearance of the law students on behalf of Plaintiffs.

                                       Respectfully submitted,

                                       John Langford
                                       David Schulz
                                       MEDIA FREEDOM & INFORMATION
                                       ACCESS CLINIC
                                       Abrams Institute
                                       Yale Law School
                                       P.O. Box 208215
                                     New Haven, CT 06520-8215
                                     john.langford@ylsclinics.org
                                     david.schulz@ylsclinics.org