# Exhibit D



DEPARTMENT OF HEALTH & HUMAN SERVICES                                    Office of the Secretary

Washington, D.C. 20201

**TO:**           Heads of Operating Divisions
                  Heads of Staff Divisions

**THROUGH:**  Dorothy A. Fink, M.D., Acting Secretary

**FROM:**      Scott W. Rowell, Deputy Chief of Staff - Operations

**DATE:**       January 31, 2025

**SUBJECT**:   Action: Initial Guidance Regarding President Trump's Executive Order *Defending Women*

### ACTION REQUESTED

On January 20, 2025, President Trump issued Executive Order 14168, entitled *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (*Defending Women*).  The U.S. Office of Personnel Management (OPM) provided initial guidance to agencies regarding implementation of *Defending Women*.  HHS considers sex as a biological variable and is committed to ensuring the health and safety of women across the lifespan.

All HHS Operating and Staff Divisions are expected to comply with *Defending Women* and OPM guidance by taking prompt actions to end all agency programs that use taxpayer money to promote or reflect gender ideology as defined in Section 2(f) of *Defending Women*.  The **Coordinating Committee on Women's Health** is leading this data call on behalf of the Department.  Attached is the reporting template for Operating and Staff Divisions to complete and return through Executive Secretariats by **12:00 p.m. EST on February 6, 2025**.

HHS Operating and Staff Divisions shall review all official agency activities that consider sex as a biological variable and have been or will be updated to comply with this order where official agency activities do not consider sex as a biological variable.  Operating and Staff Divisions will be contacted by ASA, ASPA, and ASFR to address reporting requirements for grants, contracts, web-related activities, and human resources.  The attached template shall be used to gather programmatic information related but not limited to statutes, regulations, guidance, intramural research, policies, public education documents and campaigns, communications, and events (internal to HHS and external to HHS).  Reporting also shall include Federal Advisory Committee Act (FACA) committees, other internal and external committees, and working groups.  Where appropriate, Operating and Staff Divisions shall address current or prior rulemaking to ensure compliance with the executive order.  HHS Operating and Staff Divisions shall submit a report bi-weekly regarding implementation until all necessary actions have been completed.

We appreciate your timely response to this request.

Case 1:25-cv-10595-LTS    Document 33-4    Filed 04/14/25    Page 3 of 3



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                        Office of the Secretary

SCOTT W. ROWELL -S
Digitally signed by SCOTT W. ROWELL -S
Date: 2025.01.31 14:17:41 -05'00'

/S/

Scott W. Rowell, Deputy Chief of Staff - Operations

Attachments
TAB A: Reporting Template – Defending Women