UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GORDON SCHIFF and,<br>CELESTE ROYCE,<br>　　　　　Plaintiffs,<br>v.<br><br>U.S. OFFICE OF PERSONNEL<br>MANAGEMENT,<br>CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management,<br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br>AGENCY FOR HEALTHCARE RESEARCH AND QUALITY, and<br>MAMATHA S. PANCHOLI, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality,<br><br>　　　　　Defendants. | Civil Action No. 1:25-CV-10595-LTS |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants, by and through its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully move this Court to dismiss Plaintiffs' Complaint ("Complaint") for lack of subject matter jurisdiction under Rule 12(b)(1).

This Court lacks jurisdiction because Plaintiffs' claims are moot; Plaintiffs lack standing to pursue their claims; and their challenges to the implementation of the OPM memorandum going forward are not ripe for adjudication.

1

In support of this Motion, Defendants respectfully refers the Court to their Memorandum of Law, filed herewith.

Respectfully submitted,

LEAH B. FOLEY

United States Attorney

Dated: June 16, 2025              By:     */s/ Shawna Yen*
                                         SHAWNA YEN
                                         Assistant U.S. Attorney
                                         United States Attorney's Office
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA  02210
                                         617-748-3100
                                         Shawna.Yen@usdoj.gov

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Shawna Yen, Assistant United States Attorney certify that I exchanged emails with Plaintiffs' counsel about this Motion, and the parties were unable to resolve or narrow the issues.

Dated: June 16, 2025              By:    */s/ Shawna Yen*
                                         Shawna Yen
                                         Assistant U.S. Attorney
                                         U.S. Attorney's Office
                                         1 Courthouse Way, Suite 9200
                                         Boston, MA  02210
                                         Tel.: 617-748-3100
                                         Email: Shawna.Yen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  June 16, 2025             By:    */s/ Shawna Yen*
                                         SHAWNA YEN
                                         Assistant United States Attorney