UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GORDON SCHIFF and, <br> CELESTE ROYCE, <br>         Plaintiffs, <br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, <br> CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management, <br> U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, <br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, <br> AGENCY FOR HEALTHCARE RESEARCH AND QUALITY, and <br> MAMATHA S. PANCHOLI, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality, <br><br>         Defendants. | Civil Action No. 1:25-CV-10595-LTS |

## DECLARATION OF NOAH PETERS

I, Noah Peters, do hereby state and declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Senior Advisor to the Director of the Office of Personnel Management ("OPM"). I submit this declaration in connection with the Defendants' Motion to Dismiss the Complaint. The statements made herein are based on my personal knowledge and on information provided to me in the course of my official duties with OPM.

2. I have served as a Senior Advisor at OPM since January 20, 2025.

3. I am aware of the Court's May 23, 2025, Order on a Motion for Preliminary Injunction ("Order").

1

4. I am aware that, pursuant to the Court's Order, on May 27, 2025, the Agency for Healthcare Research and Quality reposted on PSNet, complete, unaltered versions of Dr. Schiff's commentary on suicide risk and Dr. Royce's commentary on endometriosis, as well as all other content authored by private parties that was removed from PSNet pursuant to the implementation of Executive Order 14,168. In total, nine articles authored by private parties (including the commentaries of Dr. Schiff and Dr. Royce) had been taken down and then were re-posted pursuant to the Court's Order.

5. OPM will not enforce any OPM guidance related to Executive Order 14,168 as to Dr. Schiff's article, Dr. Royce's article, or any other articles that were previously removed from PSNet pursuant to the implementation of Executive Order 14,168 and subsequently re-posted pursuant to the Court's Order (even assuming that OPM's guidance or Executive Order 14,168 ever applied to such materials).

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 15, 2025

*Noah Peters*
_____

Noah Peters