UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GORDON SCHIFF** and **CELESTE ROYCE**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. OFFICE OF PERSONNEL MANAGEMENT**; **CHARLES EZELL**, in his official capacity as Acting Director of the U.S. Office of Personnel Management; **U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES**; **ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services; **AGENCY FOR HEALTHCARE RESEARCH AND QUALITY**; and **MAMATHA S. PANCHOLI**, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality,<br><br>*Defendants*. | Case No. 1:25-cv-10595-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for Plaintiffs Gordon Schiff and Celeste Royce. Plaintiffs are still represented by other counsel in this matter.

Dated: August 07, 2025

Respectfully submitted,

By: */s/ Zoe Kreitenberg*
Zoe Kreitenberg (BBO #715356)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
617-482-3170
zkreitenberg@aclum.org

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 07, 2025, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

| | |
|---|---|
| August 07, 2025 | /s/ *Zoe Kreitenberg* <br> Zoe Kreitenberg |