UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GORDON SCHIFF and,<br>CELESTE ROYCE,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br>CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management,<br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br>AGENCY FOR HEALTHCARE RESEARCH AND QUALITY, and<br>MAMATHA S. PANCHOLI, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality,<br><br>    Defendants. | Civil Action No. 1:25-CV-10595-LTS |

**PARTIES' JOINT STATUS REPORT AND PROPOSED JOINT SCHEDULE**

  The parties respectfully submit this Joint Status Report and Proposed Joint Schedule in the above-captioned matter.

  On September 19, 2025, the Court adopted the parties' proposed Joint Schedule for Summary Judgment Motions. The Court then granted the parties' Joint Motion for Extension of Time on October 1, 2025.

  On October 8, 2025, the Court granted Defendant's Assented-To Motion to Stay this matter given the lapse in appropriations.

1

On November 14, 2025, Defendant filed a Notice of Restoration of Appropriations with the Court.  (ECF Doc. 65).  The parties now propose the following joint schedule.

| | |
|---|---|
| Filing of Certified Administrative Record | January 30, 2026 |
| Plaintiffs' Motion for Summary Judgment | February 23, 2026 |
| Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | March 23, 2026 |
| Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Reply in Support of Motion for Summary Judgment | April 20, 2026 |
| Combined Statement of Material Undisputed Facts | April 27, 2026 |
| Defendants' Reply in Support of Motion for Summary Judgment and Surreply in Opposition to Plaintiffs' Motion | May 22, 2026 |
| Final Pretrial Conference (if necessary) | June 2026 — to be set by the Court |
| Trial (if necessary) | July 2026 — to be set by the Court |

Wherefore, the Parties request that the Court adopt the proposed schedule set forth above.

November 18, 2025

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Shawna Yen*
Shawna Yen
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel: (617) 784-3100
Email: Shawna.Yen@usdoj.gov

/s/ *Scarlet Kim*
Scarlet Kim
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
scarletk@aclu.org

## **CERTIFICATE OF SERVICE**

    I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 18, 2025      By:    */s/ Shawna Yen*
                                                                                           Shawna Yen
                                                                                           Assistant United States Attorney