UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GORDON SCHIFF and,<br>CELESTE ROYCE,<br>       Plaintiffs,<br><br>           v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br>CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management,<br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br>AGENCY FOR HEALTHCARE RESEARCH AND QUALITY, and<br>MAMATHA S. PANCHOLI, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality,<br><br>       Defendants. | Civil Action No. 1:25-CV-10595-LTS |

## DEFENDANTS' *ASSENTED-TO* MOTION FOR AN EXTENSION OF TIME

Defendants, by and through undersigned counsel, and hereby move this Honorable Court for an extension of time of 21 days, up to and including February 20, 2026, to file the Administrative Record, which is currently due on January 30, 2026.

As reason therefor, Defendants state that the parties are very close to resolving this case. The additional time is needed to finalize the settlement agreement and obtain all necessary approvals. The parties are working toward resolving this matter prior to the next court deadline, which is the date that the Administrative Record is due.

Likewise, Plaintiffs assent to this motion.

1

Considering the above, the undersigned counsel respectfully moves this Honorable Court for an additional 21 days up to and including February 20, 2026, for the Defendants to file an Administrative Record in this case.

### LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Shawna Yen, Assistant United States Attorney certify that, I emailed Plaintiffs' counsel on January 29, 2026, seeking their position on this Motion. Plaintiffs assent to the Motion.

Dated: January 29, 2026     By:    */s/ Shawna Yen*
                                      Shawna Yen
                                      Assistant U.S. Attorney
                                      U.S. Attorney's Office
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA  02210
                                      Tel.: 617-748-3100
                                      Email: Shawna.Yen@usdoj.gov

### CERTIFICATE OF SERVICE

I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 29, 2026     By:    */s/ Shawna Yen*
                                      Shawna Yen
                                      Assistant United States Attorney