UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GORDON SCHIFF and,<br>CELESTE ROYCE,<br>   Plaintiffs,<br><br>   v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br>CHARLES EZELL, in his official capacity as Acting Director of the U.S. Office of Personnel Management,<br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br>AGENCY FOR HEALTHCARE RESEARCH AND QUALITY, and<br>MAMATHA S. PANCHOLI, in her official capacity as Acting Director of the Agency for Healthcare Research and Quality,<br><br>   Defendants. | Civil Action No. 1:25-CV-10595-LTS |

## STIPULATION OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) the Parties to this action hereby stipulate to dismiss this action, with prejudice and without costs, pursuant to the Parties' Settlement Agreement executed in connection with this matter.  Plaintiffs waive all right to appeal this dismissal.

Respectfully submitted,

| | |
|---|---|
| Gordon Schiff and Celeste Royce<br>Plaintiffs | LEAH B. FOLEY<br>United States Attorney |
| By: _/s/ Scarlet Kim_____<br>Scarlet Kim<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>scarletk@aclu.org | By:    _/s/ Shawna Yen_____<br>SHAWNA YEN<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>617-748-3100<br>Shawna.Yen@usdoj.gov |
| Date: February 17, 2026___ | Date: February 17, 2026___ |